IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

WILLIAM GRECIA,

Plaintiff,

v.                              Civil Action No. NA

ROC NATION, LLC,

Defendant.

JURY TRIAL DEMANDED

25 - 1564

## COMPLAINT FOR DESIGN PATENT INFRINGEMENT

### NATURE OF THE ACTION

This is an action for design patent infringement under 35 U.S.C. §§ 271, 284, and 289 arising from Defendant Roc Nation, LLC's unauthorized sale, licensing, commercialization, and transfer of rights in U.S. Design Patent No. D769,296.

### PARTIES

Plaintiff William Grecia is an individual residing in Pennsylvania and the inventor and assigned owner of U.S. Design Patent No. D769,296.

Defendant Roc Nation, LLC is a Delaware limited liability company with a registered address of 1521 CONCORD PIKE SUITE 201, WILMINGTON, DE 19803.

### JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

### THE PATENT-IN-SUIT

U.S. Design Patent No. D769,296 was duly issued on October 18, 2016 and remains valid and enforceable.

### INFRINGEMENT

Defendant has directly infringed the patent by selling, licensing, and transferring rights to the patented design without authorization.

## DAMAGES

Plaintiff seeks total profits under 35 U.S.C. § 289 and enhanced damages under § 284.

## PRAYER FOR RELIEF

Plaintiff requests judgment, damages, injunctive relief, costs, and such other relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: December 29, 2025

/s/William Grecia/

William Grecia

Patent Owner and Plaintiff, Pro Se